IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SHAWN DEWAYNE PARKS-EL,          )
                                 )
          Petitioner,            )
                                 )
     v.                          )     1:22-cv-514
                                 )
MR. KENNETH DIGGS,               )
                                 )
          Respondent.            )

### ORDER

On July 10, 2023, the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 14, 15.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation is **ADOPTED. IT IS FURTHER ORDERED** that Petitioner's 2254 Petition, (Doc. 2), is **DENIED,** that Respondent's Motion for Summary Judgment, (Doc. 8), is **GRANTED,** and that this action is **DISMISSED.** The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 16th day of October, 2023.

_____
United States District Judge